IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FELIX and JACK PHELPS, individuals,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, DEPARTMENT OF DEVELOPMENTAL SERVICES, OFFICE OF PROTECTIVE SERVICES,**<br><br>Defendant. | 1:13-cv-00561-LJO-SKO<br><br>**STIPULATION AND ORDER RE: FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT** |

Pursuant to the Scheduling Order entered September 16, 2013, the Parties hereby stipulate that Defendant may file an Amended Answer to the First Amended Complaint (FAC) on or before November 15, 2013. The amendment alleges one additional affirmative defense and does not require any modification to the existing scheduling order. Furthermore, the parties agree that

/ / /

/ / /

/ / /

1  the amendment is not prejudicial to plaintiffs, not the product of undue delay, not proposed in bad
2  faith and is not futile.

3  **IT IS SO STIPULATED**.

4  Dated:  October 16, 2013                           LAW OFFICE OF KEVIN SCHWIN

5                                                    By:  */s/ Kevin M. Schwin*

6
7                                                    Kevin Schwin
                                                     *Attorney for Plaintiffs Robert Felix*
                                                     *and Jack Phelps*
8

9  Dated: October 16, 2013                           OFFICE OF THE ATTORNEY GENERAL

10                                                   By:  */s/ Mary Horst*

11
12                                                   Mary Horst
                                                     Deputy Attorney General
13                                                   *Attorneys for Defendant Department*
                                                     *of Developmental Services*

14

15                                                   ORDER

16
17  IT IS SO ORDERED.

18       Dated:   **October 16, 2013**                        **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE
19

2

Stipulation and Order Re: Filing of Amended Answer to First Amended Complaint (1:13-cv-00561-LJO-SKO)