UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FELIX and JACK PHELPS,** individuals, <br><br> Plaintiffs, <br><br> v. <br><br> **THE STATE OF CALIFORNIA, DEPARTMENT OF DEVELPMENTAL SERVICES, OFFICE OF PROTECTIVE SERVICES,** *et al.*, <br><br> Defendants. | 1:13-cv-00561 LJO SKO <br><br> **ORDER DENYING REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE** (Doc. 30) |

The Court has carefully reviewed the Parties' stipulation for an order continuing the trial date and pretrial dates. Doc. 30. Due to this Court's impacted calendar, it will only reschedule trial dates if good cause is shown. The Court does not believe the parties have made such a showing. This is not an extraordinarily complex matter. The current discovery deadlines, set at a September 16, 2013 scheduling conference, provided the Parties with approximately one year to complete discovery. The parties have not presented any compelling reason why an additional <u>year</u> is needed. Nor have the parties presented any compelling reason why the scheduling of mediation "on or about December[] 2014 to February[] 2015" warrants continuing the pretrial conference or trial date, currently set for May 7, 2015 and June 23, 2015, respectively. Accordingly, the request to continue the pretrial conference and trial date is DENIED. The Court will defer to the Magistrate Judge as to whether there is good cause to modify any of the other deadlines, including the dispositive motions deadline. Alternatively, the Parties are encouraged to reconsider consent to the Magistrate Judge, whose schedule is far more accommodating than the undersigned's.

IT IS SO ORDERED.

Dated:   **July 28, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1