1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **ROBERT FELIX and JACK PHELPS, individuals,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**THE STATE OF CALIFORNIA, DEPARTMENT OF DEVELOPMENTAL SERVICES, OFFICE OF PROTECTIVE SERVICES,**<br><br>Defendant. | 1:13-cv-00561- SKO<br><br>**AMENDED STIPULATION FOR ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES; ORDER THEREON**<br><br>Judge:          The Honorable Sheila K. Oberto<br>Complaint Filed:          April 17, 2013 |

1

1    IT IS HEREBY STIPULATED, by and among ROBERT FELIX ("FELIX") and JACK

2  PHELPS ("PHELPS") ("Plaintiffs") and STATE OF CALIFORNIA, DEPARTMENT OF

3  DEVELOPMENTAL SERVICES, INC. ("Defendant" or "Defendant") (collectively, the

4  "Parties"), through their respective undersigned counsel, as follows:

5    WHEREAS, this Court entered the current Scheduling Order in this matter on

6  September 16, 2013 (Court Docket, Document No. 24);

7    WHEREAS, pursuant to consent given by all parties, on August 11, 2014, the Court entered

8  an order re-assigning this matter for all purposes to the Honorable District Court Magistrate Judge

9  Sheila Oberto (Court Docket, Document No. 34);

10    WHEREAS, this is a multi-Plaintiff case where Plaintiffs allege harassment, discrimination,

11  retaliation and disparate treatment in the terms and conditions of employment occurring over the

12  course of approximately 8 years;

13    WHEREAS, the United States Equal Employment Opportunities Commission (EEOC)

14  received Plaintiffs' Charges of Discrimination in February of 2008 and conducted an extensive

15  investigation that took the EEOC approximately 4 years to complete;

16    WHEREAS, Plaintiffs were not issued Right to Sue letters on their February 2008 Charges

17  of Discrimination until 2013;

18    WHEREAS, the Parties' Rule 26 disclosures identify more than 30 witnesses located all

19  across the State of California and out-of-state;

20    WHEREAS, the Parties have exchanged well over 40,000 pages of documents related to

21  this case;

22    WHEREAS, Plaintiffs propounded written discovery on Defendants in or around

23  January 2014;

24    WHEREAS, Defendant provided initial responses on or about April 22, 2014, after

25  Plaintiffs granted requested response deadline extensions;

26    WHEREAS, Plaintiffs and Defendant have met and conferred in good faith regarding

27  disputed issues relating to Defendant's responses to Plaintiffs first sets of interrogatories and

28  Defendant's Rule 26 disclosures;

2

1   WHEREAS, during the course of the Parties' meet and confer efforts, Plaintiffs agreed to

2   limit or to modify certain discovery requests, and Defendant agreed to provide various

3   supplemental interrogatory responses and supplemental Rule 26 disclosures responsive to the

4   modified or limited discovery requests;

5   WHEREAS, Defendant has provided additional documents related to the Rule 26

6   disclosures and document requests and some but not all of the agreed-upon supplemental

7   interrogatory responses;

8   WHEREAS, Defendant anticipates that based on its discovery responses, a future on-site

9   visit by Plaintiffs may be required in order to review documents potentially responsive to

10   propounded discovery;

11   WHEREAS, during the meet and confer process, the Parties have agreed that additional

12   time will be necessary for the Parties to conduct adequate discovery so that they may evaluate and

13   prepare the case for settlement and/or trial;

14   WHEREAS, neither Party initially scheduled depositions due to scheduling difficulties and

15   the need to complete certain written discovery and to review many thousands of pages of

16   documents prior to taking depositions;

17   WHEREAS, Defendant is currently taking Plaintiff Jack Phelps' deposition and has

18   scheduled Plaintiff Robert Felix' deposition for August 14 and 15;

19   WHEREAS, given the number of alleged discriminatory and retaliatory events over the

20   course of 8 years, Defendant is unsure if it can complete Plaintiffs' depositions within the agreed

21   upon 12 hours over two days but is trying to the best of its ability to do so;

22   WHEREAS, the following depositions (some of which conflict as to time and/or location)

23   have been noticed by the parties and scheduled as follows:

24

25

| **DEPONENT** | **DEPOSITION DAY AND TIME** |
| --- | --- |
| JACK PHELPS | August 7, 2014 at 9:00 a.m. |
| JACK PHELPS | August 8, 2014 at 9:00 a.m. |
| ROBERT FELIX | August 14, 2014 at 9:00 a.m. |

26

27

28

| **DEPONENT** | **DEPOSITION DAY AND TIME** |
|---|---|
| ROBERT FELIX | August 15, 2014 at 9:00 a.m. |
| SCOTT GARDNER | August 18, 2014 at 10:00 a.m. |
| JEFF BRADLEY | August 18, 2014 at 1:00 p.m. |
| CARLOS MARTINEZ | August 18, 2014 at 3:00 p.m. |
| KEVIN COOK | August 19, 2014 at 9:00 a.m. |
| LISA HUFF | August 19, 2014 at 1:00 p.m. |
| KATHY WOODSIDE | August 19, 2014 at 3:00 p.m. |
| JAMES RODRIGUEZ | August 20, 2014 at 9:00 a.m. |
| RAMONA PHELPS | August 20, 2014 at 10:00 a.m. |
| JOANN FELIX | August 20, 2014 at 1:00 p.m. |
| DAN DILLARD | August 20, 2014 at 1:00 p.m. |
| JOE BOMGARDNER | August 21, 2014 at 9:00 a.m. |
| BOB LEWIS   (Sonoma, California) | August 21, 2014 at 1:00 p.m. |
| GENE ALVAREZ | August 21, 2014 at 3:00 p.m. |

WHEREAS, Defendant has been notified that at least three of those individuals are currently represented by outside counsel and believes that two other witnesses may also be represented by outside counsel;

WHEREAS, Defendant has been informed  by the outside counsel for three of the represented witnesses that he will be unable to attend the currently scheduled depositions and will not be able to attend any depositions prior to the current discovery cut off date;

WHEREAS, Defendant has been informed  by outside counsel for three of the witnesses he will not be available to attend depositions until the end of September due to his unavailability and a pre-scheduled vacation out of the country;

1    WHEREAS, Defendant has also been notified that one of the witnesses is no longer located

2    at the last known address on file for the witness and attempts to serve the individual are

3    continuing;

4    WHEREAS, the Parties believe the depositions scheduled by each side will need to be

5    rescheduled due to calendar conflicts and the impossibility of completing most of the depositions

6    within the two to three hours for which they have been scheduled;

7    WHEREAS, it would be inconvenient for the deponents and for counsel to recess their

8    depositions after two to three hours and to reschedule the completion of their depositions for

9    another date that was mutually agreeable to the witnesses and counsel.

10    WHEREAS, the Parties have tentatively agreed to engage in private mediation in or about

11    December, 2014 to February, 2015, following the completion of key witness depositions;

12    WHEREAS, the Parties will need to schedule dozens of additional non-expert depositions

13    thereafter if the Parties are unable to resolve the case;

14    WHEREAS, the Parties will also need to schedule numerous expert depositions thereafter if

15    the Parties are unable to resolve the case;

16    WHEREAS, the Parties agree the complexity of this case, along with the difficulty in

17    scheduling depositions and the other factors described more fully herein constitute good cause

18    pursuant to Federal Rules of Civil Procedure Rule 16(b)(4) for the Court to extend the non-expert

19    discovery deadline in order to complete adequate discovery, and to extend the trial date and/or

20    some or all of the remaining pre-trial dates and deadlines;

21    IT IS HEREBY STIPULATED AND AGREED by and among the Parties that all dates and

22    deadlines in the current Scheduling Order shall be extended approximately six months or as close

23    thereto as the Court's calendar will permit. Should the Court agree to extend all dates, the Parties

24    propose that the current deadlines and dates shall be modified as follows (or as close thereto as

25    the Court's calendar will permit):

26    //

27    //

28

5

| **EVENT/DEADLINE** | **CURRENT DATE** | **PROPOSED DATES** |
|---|---|---|
| **Non-Expert Discovery** | 08/21/2014 | 02/21/2015 |
| **Expert Disclosure** | 09/25/2014 | 03/25/2015 |
| **Settlement Conference** | 09/25/2014 | 03/25/2015 |
| **Rebuttal Expert Disclosure** | 10/09/2014 | 04/09/2015 |
| **Expert Discovery Deadline** | 11/18/2014 | 05/18/2015 |
| **Non-Disp. Motion Hearing** | 12/31/2014 | 06/17/2015 |
| **Dispositive Motion Hearing** | 12/31/2014 | 06/17/2015 |
| **Pre-Trial Conference** | 05/07/2015 | 11/07/2015 |
| **Trial** | 06/23/2015 | 1/25/2016 |

**IT IS SO STIPULATED.**


Dated: August 11, 2014                    LAW OFFICE OF DEAN B. GORDON

                                          By: */s/ Dean B. Gordon*
                                          Dean B. Gordon
                                          *Attorneys for Plaintiffs Robert Felix*
                                          *and Jack Phelps*


Dated: August 11, 2014                    OFFICE OF THE ATTORNEY GENERAL

                                          By: */s/ Mary Horst*
                                          Mary Horst
                                          Deputy Attorney General
                                          *Attorneys for Defendant Department*
                                          *of Developmental Services*

**AMENDED STIPULATION FOR ORDER TO CONTINUE
TRIAL AND PRE-TRIAL DATES (1:13-cv-00561-SKO); ORDER THEREON**

## ORDER

The parties stipulated to a modification of the schedule.  Accordingly, IT IS HEREBY ORDERED that the current Scheduling Order in this case shall be modified and all dates and deadlines shall be continued approximately six months.  The new dates and deadlines shall be as follows:

| EVENT/DEADLINE | CURRENT DATE | NEW DATE |
|---|---|---|
| **Non-Expert Discovery** | 08/21/2014 | **02/21/2015** |
| **Expert Disclosure** | 09/25/2014 | **03/25/2015** |
| **Settlement Conference** | 09/25/2014 | **03/25/2015** |
| **Rebuttal Expert Disclosure** | 10/09/2014 | **04/09/2015** |
| **Expert Discovery Deadline** | 11/18/2014 | **05/18/2015** |
| **Non-Disp. Motion Filing** | 12/31/2014 | **06/17/2015** |
| **Non-Disp. Motion Hearing** | 02/11/2015 | **08/12/2015** |
| **Dispositive Motion Filing** | 12/31/2014 | **06/17/2015** |
| **Dispositive Motion Hearing** | 03/18/2015 | **09/16/2015** |
| **Pre-Trial Conference** | 05/07/2015 | **11/04/2015** |
| **Trial** | 06/23/2015 | **1/26/2016** |

The March 25, 2015, settlement conference will be held before U.S. Magistrate Judge Stanley A. Boone in Courtroom 9 at 1:00 p.m.  The Pretrial Conference is continued to November 4, 2015, at 2:00 p.m. in Courtroom 7.  The trial is continued to January 26, 2016, at 8:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **August 18, 2014**                    **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE