IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FELIX and JACK PHELPS, individuals,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, DEPARTMENT OF DEVELOPMENTAL SERVICES, OFFICE OF PROTECTIVE SERVICES,**<br><br>                                    Defendant. | 1:13-cv-00561-SKO<br><br>**STIPULATION FOR ORDER TO CONTINUE FACT DISCOVERY CUT-OFF; ORDER THEREON**<br><br>Judge:    The Honorable Sheila K. Oberto<br>Trial Date: January 25, 2016<br>Action Filed: April 17, 2013 |

   IT IS HEREBY STIPULATED, by and among ROBERT FELIX ("FELIX") and JACK PHELPS ("PHELPS") ("Plaintiffs") and STATE OF CALIFORNIA, DEPARTMENT OF DEVELOPMENTAL SERVICES, INC. ("Defendant" or "Defendant") (collectively, the "Parties"), through their respective undersigned counsel, as follows:

   WHEREAS, this Court entered an Amended Scheduling Order in this matter on August 18, 2014 (Court Docket, Document No. 37);

   WHEREAS, the current Scheduling Order has a fact discovery cut-off date of February 21, 2015;

1

1   WHEREAS, after an informal telephonic discussion with the Honorable District Court
2   Magistrate Judge Sheila Oberto related to discovery issues, the Parties have been advised that due
3   to scheduling difficulties involving third party witnesses, over whom neither Party has control, at
4   least one of the witnesses will not be available for deposition until the first week of March 2015;

5   WHEREAS, the Parties have a mediation scheduled for January 20, 2015 and it is currently
6   unknown if said mediation will resolve this matter;

7   WHEREAS, the Parties anticipate additional depositions will be necessary if the mediation
8   is not successful;

9   WHEREAS, the Parties agree the difficulty in scheduling depositions and the other factors
10  described more fully herein constitute good cause pursuant to Federal Rules of Civil Procedure
11  Rule 16(b)(4) for the Court to extend the non-expert discovery deadline for an additional three
12  weeks until March 13, 2015 in order to complete adequate discovery.  No other dates will be
13  changed.

| **EVENT/DEADLINE** | **CURRENT DATE** | **PROPOSED DATES** |
|---|---|---|
| **Non-Expert Discovery** | 02/21/2015 | 3/13/2015 |

**IT IS SO STIPULATED.**

Dated: January 20, 2015                    LAW OFFICE OF DEAN B. GORDON

                                           By: */s/ Dean B. Gordon*
                                           Dean B. Gordon
                                           *Attorneys for Plaintiffs Robert Felix*
                                           *and Jack Phelps*

Dated: January 20, 2014                    OFFICE OF THE ATTORNEY GENERAL

2

By: */s/ Mary Horst*
Mary Horst
Deputy Attorney General
*Attorneys for Defendant Department of Developmental Services*

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that non-expert fact discovery shall be continued three weeks. No other dates are affected. The new dates and deadlines shall be as follows:

| **EVENT/DEADLINE** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| **Non-Expert Discovery** | 2/21/2015 | 3/13/2015 |

IT IS SO ORDERED.

Dated:   **January 20, 2015**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

3

Stip. For Order to Continue Fact Discovery Cut-Off  (1:13-cv-00561-SKO)