# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FELIX, et al., | Case No. 1:13-cv-00561-SKO |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

This action was filed on April 17, 2013. On March 26, 2015, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. Settlement documents shall be executed within twenty (20) days from the date of service of this order;
3. Settlement funds shall be distributed within sixty (60) days from the date settlement documents are executed.

//
//
//

1

3. Dispositional documents shall be filed within ten (10) days of receipt of settlement checks or seventy (70) days from receipt of settlement documents whichever is sooner; and

IT IS SO ORDERED.

Dated: **March 26, 2015**

UNITED STATES MAGISTRATE JUDGE