# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT FELIX and JACK PHELPS,

        Plaintiffs,

    v.

THE STATE OF CALIFORNIA,
DEPARTMENT OF DEVELOPMENTAL
SERVICES, OFFICE OF PROTECTIVE
SERVICES,

        Defendants.

_____/

Case No.  1:13-cv-00561-SKO

**ORDER ON PLAINTIFF'S REQUEST
FOR DISMISSAL OF ENTIRE CASE
WITH PREJUDICE**

(Doc. 56)

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may order an action dismissed at Plaintiffs' request on terms the Court considers proper.  The parties having executed all settlement documents, and Defendants having paid to Plaintiff Robert Felix and Jack Phelps all settlement funds, Plaintiffs filed a request for dismissal of the entire case with prejudice.  (Doc. 56.)[1]

Accordingly, IT IS HEREBY ORDERED that:

1.      The entire matter is DISMISSED with prejudice as to all Defendants; and

2.      The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  __August 7, 2015__          _____/s/ Sheila K. Oberto__
                               UNITED STATES MAGISTRATE JUDGE

---

[1]  Defendants filed no objection to Plaintiffs' request for dismissal of the action with prejudice.  (*See* Docket.)